UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REZA DANESHFAR,<br><br>               Petitioner,<br><br>   v.<br><br>FACILITY ADMINISTRATOR, *et al.*,<br><br>               Respondents. | Case No. C25-1708-DGE-MLP<br><br>ORDER GRANTING FEDERAL HABEAS PETITION AND DIRECTING PETITIONER'S RELEASE FROM DETENTION |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Respondents' Motion to Dismiss (dkt. # 9) is DENIED.

    (3)    Petitioner's Petition for Writ of Habeas Corpus (dkt. # 6) is GRANTED. Respondents shall immediately release Petitioner from detention on reasonable conditions of supervision.

    (4)    The Clerk is directed to send copies of this Order to the parties and to the Honorable Michelle L. Peterson.

ORDER GRANTING FEDERAL HABEAS
PETITION AND DIRECTING
PETITIONER'S RELEASE FROM
DETENTION - 1

1   Dated this __ day of January, 2026.

2

3
                                          _____
4                                         David G. Estudillo
                                          United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING FEDERAL HABEAS
PETITION AND DIRECTING
PETITIONER'S RELEASE FROM
DETENTION - 2