## UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| REZA DANESHFAR,<br><br>      Petitioner,<br><br>v.<br><br>FACILITY ADMINISTRATOR, *et al.*,<br><br>      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-1708-DGE-MLP |

  ___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

  The Report and Recommendation is adopted and approved. Respondents' motion to dismiss Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is denied, and Petitioner's petition is granted. Respondents shall immediately release Petitioner from detention on reasonable conditions of supervision.

  Dated this ___ day of _____, 2026.

                  _____
                  Clerk of Court

                  s/_____
                  Deputy Clerk