# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REZA DANESHFAR,<br><br>                Petitioner,<br>v.<br><br>FACILITY ADMINISTRATOR, et al.,<br><br>                Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-01708-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The R&R (Dkt. No. 16) is GRANTED.  The petition for writ of habeas corpus (Dkt. No. 6) is GRANTED.  The Court ORDERS Respondents to release Petitioner from custody under appropriate conditions of supervision issued under 8 C.F.R. § 241.13(h)(1)-(3), and further ORDERS that Petitioner shall not be re-detained without notice and an opportunity to be heard unless Respondents have evidence detention is authorized under 8 C.F.R. § 241.13(i)(1).  Finally, Respondents are ENJOINED from removing Petitioner to any third country unless they first provide Petitioner with notice and an opportunity to respond.  Within TWENTY-FOUR (24) hours of this order, Respondents must provide the Court with a declaration confirming that Petitioner has been released from custody.

    Dated January 9, 2026.

                                                    Ravi Subramanian
                                                    Clerk of Court


                                                    *s/*Bridget Peterson
                                                    Bridget Peterson, Deputy Clerk